

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-14-00441-CV

**ESTATE OF DELFINA E. ALEXANDER, DECEASED,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2008-PB&-000016-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice

Appellants, Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, filed an "Emergency Motion for Temporary Orders to Preserve Jurisdiction and Rights Pending Appeal (Emergency Distributions to Family Trust)." The motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court